Fargo, as President of the American Express Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 160 App. Div. 913, 145 N. Y. Supp. 1117.

MERRELL, J., dissents, upon the ground that the verdict is entirely speculative, and not based upon sufficient competent evidence of damages.

———

In re CHEBRA BIKOR CHOLEM B'NAI ISRAEL.· (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of the application of the Chebra Bikor Cholem B'nai Israel. No opinion. Motion granted. Order filed.

———

CHURCH EXTENSION COMMITTEE OF PRESBYTERY OF NEW YORK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Church Extension Committee of the Presbytery of New York against the City of New York. C. A. Peters, of New York City, for appellant. J. C. Prizer, of New York City, for respondent. No opinion. Judgments and order affirmed, with costs. Order filed.

———

CITRON, Appellant, v. NESI, Respondent et al. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Lena Citron against Michele Nesi, impleaded with others. M. Schleimer, of New York City, for appellant. H. C. Rickaby, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

CITY OF BUFFALO, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department.· November 25, 1914.) Action by the City of Buffalo against Clara Graham and others.

PER CURIAM. Judgment affirmed, with costs. It is stated in the record that the facts are not in dispute, but the evidence is not contained in the record, and the answer denies the allegations of the complaint respecting the violation of the ordinance. It cannot, therefore, be held that the dismissal of the complaint was improper, even assuming that the ordinance was effective.

———

CITY OF NEW YORK, Respondent, v. FIDELITY & DEPOSIT· CO., Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the City of New York against the Fidelity & Deposit Company. J. C. Townsend, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

CITY OF NEW YORK v. HEARST. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the City of New York against William R. Hearst,

as president, etc. W. E. C. Mayer, of New York City, for plaintiff. S. Untermyer, of New York City, for defendant.

PER CURIAM. Exceptions overruled, and motion for new trial denied, with costs, and judgment ordered to be entered on the verdict, with costs, on authority of prevailing opinion in City of New York v. Hearst, 142 App. Div. 343, 126 N. Y. Supp. 917. Settle order on notice. See, also, 149 App. Div. 948, 134 N. Y. Supp. 1128.

DOWLING, J., dissents, on former dissenting opinion in same case.

———

CITY OF NEW YORK v. LINSON et al. . (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the City of New York against John Linson and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 1081.

———

CITY OF NEW YORK, Appellant, v. LINSON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the City of New York against John J. Linson and others. W. McM. Speer, of New York City, for appellant. A. Van Etten, of Kingston, for respondents. No opinion. Order affirmed on consent, as stated in order. Order filed. See, ·also, 150 N. Y. Supp. 1081.

———

CLARKE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by John J. Clarke, as administrator, etc., against the City of Syracuse. No opinion. Judgment and order affirmed, with costs.

———

C. LUDWIG BAUMANN & CO., BROOKLYN, Respondent, v. BAUMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 149 N. Y. Supp. 1075.

———

COHEN, Respondent, v. EAGLE PENCIL CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Max Cohen against the Eagle Pencil Company and others. No opinion. Motion for stay denied, with $10 costs, and temporary stay contained in the order to show cause vacated. .

———

COLLINS, Respondent, v. SWEENEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Alva Collins against Mary C. Sweeney and Edward J. Sweeney. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the sufficiency of the complaint cannot be raised upon a motion to vacate a judgment entered by default.